IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AIDAN GOGGIN,<br><br>*Defendant.* | Case No. 1:26-MJ-399 |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Michael E. Holbrook, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since 2013. As part of my duties as a Special Agent, I am assigned to investigate violations of federal law, including the online sexual exploitation of children. This includes violations pertaining to illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. I also have training and experience in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child

pornography (as defined in 18 U.S.C. § 2252), including computer media. Through my experience and training, I can typically identify child pornography when I see it.

3. The facts and information in this affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. I submit this affidavit in support of a criminal complaint and arrest warrant charging AIDAN GOGGIN ("GOGGIN"), a resident of Herndon, Virginia, which is within the Eastern District of Virginia, with violations of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) (possession of child pornography after a prior qualifying conviction) and 2422(b) and 2426 (attempted coercion and enticement after a prior sex offense conviction).

## STATUTORY AUTHORITY AND DEFINITIONS

5. 18 U.S.C. § 2252(a)(4)(B) prohibits any person from, among other things, knowingly possessing any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

6. 18 U.S.C. § 2422(b) prohibits any person from, among other things, using any means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual under 18 to engage in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

7. The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

8. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

9. The term "child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

10. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the internet must be assigned an IP address so that internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

## SUMMARY OF PROBABLE CAUSE

**A. Zoom CyberTip 239408973**

11. On or about May 21, 2026, the FCPD received CyberTip number 239408973 through the National Center for Missing and Exploited Children (NCMEC). The tip was reported to NCMEC by Zoom Video Communications (Zoom).[1] Per the tip, a particular Zoom user had uploaded 19 files alleged to depict Child Sexual Abuse Material ("CSAM").[2] Zoom then provided all 19 of those files to NCMEC, which passed them on to the FCPD. However, Zoom had only reviewed 7 of the 19 files. I reviewed the seven files Zoom previously reviewed and, based on my assessment, at least six of the seven portray CSAM.[3] Two of the files depicted the following:

a. Filename "tmp-27-lxU42kR1aLy6" was a video depicting a pubescent male masturbating and penetrating his anus with his finger.

b. Filename "tmp-27-RgBv6KTiO5bw" was a video depicting a pubescent male penetrating the anus of an unidentified male.

12. Zoom also provided the IP address that had uploaded the files (72.83.62.244) and the email address for the user (maxpembrook@gmail.com). The IP address resolved to 1514 Hiddenbrook Drive, Herndon, Virginia, 20170 (the "Residence").[4]

[1] Zoom Video Communications is a software company that provides a cloud-based platform for video conferencing, online meetings, and chat. Beyond video calls, the platform offers features like webinars, virtual workspaces and AI-powered productivity tools. Zoom has approximately 300 million daily active users.

[2] For purposes of this Affidavit, I use the terms child pornography and CSAM interchangeably, according to the definitions of minor, visual depiction, and sexually explicit conduct, as set forth in 18 U.S.C. § 2256.

[3] Three of those files appear to be the same video.

[4] Verizon records revealed the IP address resolved to subscriber M.G. at 1514 Hiddenbrook Drive. Per open-source research, M.G. is likely GOGGIN's father.

13. I have learned in the course of this investigation that GOGGIN resided at the Residence.

14. GOGGIN, a registered sex offender, has a 2023 Virginia state conviction for possession of child pornography, in violation of 18.2-374.1:1 and a 2025 probation violation for communicating online with an 18-year-old using an unregistered phone.

**B. Arrest of AIDAN GOGGIN**

15. On or about May 29, 2026, the FCPD sought and received a state search warrant to search the Residence. The affidavit in support of the state search warrant relied in part on the affiant's review of two files that Zoom had provided to NCMEC (and which NCMEC had provided to the FCPD) but that Zoom had not itself reviewed.

16. On or about June 2, 2026, the FCPD executed the search warrant at the Residence. During the search, the FCPD seized four devices.[5] One of the devices seized was a Samsung phone (the "Samsung") discovered in a trash can in the residence. GOGGIN was arrested on state child pornography charges and was taken to the Adult Detention Center in Fairfax, Virginia. During booking, GOGGIN spontaneously stated he did not want to lie anymore and provided the passcode to unlock the Samsung.

17. On or about June 2, 2026, GOGGIN made a call to a family member using the recorded phone line at the Fairfax County Adult Detention Center. During the call, GOGGIN predicted he would be arrested based on his activity and asserted he needed help and did not think anything was going to "fix" him. GOGGIN made several other admissions, including that he had a "sixteen-year-old boyfriend" ("Minor Victim 1") who lives in New Jersey and that he had sent "that stuff" (seemingly the files that triggered the NCMEC report) to the "boyfriend" via Zoom.

[5] The FCPD and FBI have since reviewed these devices, but I am not relying on any of the content of these devices in this affidavit.

GOGGIN also said he communicated with Minor Victim 1 via Spotify, identified Minor Victim 1 by name, and asked the family member to contact him. Based on the information provided by GOGGIN, I was able to locate an Instagram post online that I believe depicts Minor Victim 1, who does appear to be around sixteen years old.

18. On or about September 14, 2026, the Honorable Ivan D. Davis authorized a search warrant of the Spotify account related to email account maxpembrook@gmail.com. After I executed the search warrant, Spotify responded with a chat history between the user of the maxpembrook@gmail.com email account and one other Spotify user. It is apparent that the user of the maxpembrook@gmail.com email account is GOGGIN not only because of GOGGIN's association with that email account, but, in the chat, the other Spotify user also once refers to the user of the maxpembrook@gmail.com email account as "Aiden." However, in these communications, GOGGIN falsely portrays himself as an emancipated minor who is 16 years old.

19. The other user appears to be Minor Victim 1. That user provided information indicating he lived in New Jersey and sang in a choir. He also provided specific information about a YouTube video that portrayed him singing, which I was able to find and which depicts a minor who appears to be the same minor as in the Instagram post that I previously located. A review of the chat history revealed romantic communications and roleplaying as infants. Throughout their communications, GOGGIN exhibits behavior consistent with grooming and manipulation, including the behavior identified in the next paragraph.

20. Among other communications, GOGGIN engaged in sexual roleplay with Minor Victim 1 via Spotify. For example, on or about May 26, 2026, GOGGIN told Minor Victim 1 he was humping his bed and Minor Victim 1 replied he wished he was the bed. GOGGIN continued the chat session by stating he was "jerking" and insists Minor Victim 1 talk to him like he is a

baby. GOGGIN explains he is picturing Minor Victim 1 in a wet diaper sucking his thumb waiting for GOGGIN to have sex with him. Minor Victim 1 proceeds to communicate in the fashion GOGGIN directs and roleplays as a baby. GOGGIN tells Minor Victim 1 he wants to roleplay that Minor Victim 1 takes a cure for aging that causes him to get younger and younger. Minor Victim 1 agrees and GOGGIN begins by pretending to inject Minor Victim 1 with the cure-for-aging substance without Minor Victim 1's consent. GOGGIN states the process ends with Minor Victim 1 at the age of one. GOGGIN then roleplays through the chat session molesting Minor Victim 1 and forcing his penis into the mouth of 1-year-old Minor Victim 1.

**B. The Samsung**

21. FCPD transferred custody of the seized devices to the FBI, which included forensic extraction data from the Samsung. On or about September 3, 2026, the Honorable Ivan D. Davis authorized an overlay search warrant to review the devices. Upon reviewing these devices, I discovered large quantities of CSAM and communications involving the exchange of CSAM with multiple other individuals (including with minors) using a messaging application.

22. For example, GOGGIN sent one individual a video that depicted an adult male being fed what appeared to be crackers by a minor victim, who appeared to be a child between the ages of three and five years old. In the next frame of the video, the adult male violently inserts his penis into the toddler's anus and proceeds to put the toddler in different positions, engaging in various sexual activity. GOGGIN sends a message acknowledging that the child in the video is probably younger than eight years of age.

23. On or about April 28, 2026, GOGGIN sent messages to a user who indicated they were a minor ("Minor Victim 2"). GOGGIN encouraged Minor Victim 2 to make videos of themselves and send them to GOGGIN, and GOGGIN also sent CSAM to Minor Victim 2. For

example, on or about April 29, 2026, GOGGIN sent a video to Minor Victim 2 depicting a clothed pubescent male with his hands tied above his head and his mouth gagged. What appears to be a young adult proceeds to sexually assault the bound pubescent male. In the video, both boys are partially clothed. And on or about May 8, 2026, GOGGIN sent Minor Victim 2 a video of two prepubescent boys masturbating each other. A female toddler, who appears to be approximately two years old, walks in and observes the boys. The boys then begin to engage in oral sex in the presence of the toddler.

24. On or about May 6, 2026, GOGGIN, sent messages to a user who said they were fifteen years old ("Minor Victim 3"). GOGGIN falsely told Minor Victim 3 that he was 16 years old. GOGGIN sent Minor Victim 3 CSAM videos and encouraged Minor Victim 3 to create and send him images of himself in response.

25. On or about May 9, 2026, GOGGIN sent another user CSAM and asked the user to send him photos. I identified the user as a 16-year-old boy living in the United States.

26. According to GOGGIN's Google search history on the Samsung, GOGGIN researched places outside the United States where it was legal to have sex. For example, on or about April 28, 2026, he searched "where is childsex legal" and "is child sex legal in any country".

27. GOGGIN also researched ways to evade law enforcement. For example, on or about April 27, 2026, he sent a message on a messaging application stating "I got this phone at Walmart in cash nothing tied to me" and "I've taken every precaution not to get caught dw.[6]"

28. GOGGIN's Google search history on the Samsung also revealed queries such as:

a. On or about April 28, 2026: "can feds or police send cp.[7]"

---

[6] I believe "dw" in this instance refers to an abbreviation of "Don't Worry."

[7] I believe "cp" in this instance refers to "Child Pornography."

b. On or about May 18, 2026: "what section of zooms guidelines do you have to violate to involve police."

c. On or about May 19, 2026: "create email without phone number"

29. In addition to the CSAM that GOGGIN sent using the messaging application, I observed approximately 16,888 photos and videos that appeared to be CSAM on the Samsung.

## CONCLUSION

30. Based on the foregoing, I submit that there is probable cause to believe that AIDAN GOGGIN knowingly violated 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) (possession of child pornography after a prior qualifying conviction) and 2422(b) and 2426 (attempted coercion and enticement after a prior sex offense conviction). I respectfully request that a criminal complaint and arrest warrant be issued for GOGGIN.

Respectfully submitted,

Michael E. Holbrook
Michael E. Holbrook, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on
October 9, 2026:

Digitally signed by Ivan Davis
Date: 2026.10.09 13:11:07
-04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia